No. 652. SPRUILL *v.* BALLARD ET AL. January 10, 1938. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to

proceed further *in forma pauperis,* denied. *Georgia M. Spruill, pro se.* No appearance for respondents.